LAW OFFICES OF PAUL DELANO WOLF
Paul Delano Wolf, Bar No. 78624
Gabriela Bischof, Bar No. 272973
717 Washington Street, 2nd Floor
Oakland, California 94607
(510) 451-4600 Telephone
(510) 451-3002 Fax

Attorney for Defendant
MARIA CELIA VARGAS ARAIZA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARIA CELIA VARGAS ARAIZA,

    Defendant.

No. CR 11-00090-DLJ-23

**STIPULATION FOR ORDER AND [PROPOSED] ORDER ALLOWING DEFENDANT TO TRAVEL**

GOOD CAUSE APPEARING, IT IS HEREBY STIPULATED by the parties through their counsel that defendant Maria Celia Vargas Araiza may travel from her home to a hospital in Salinas, California, on or about December 27, 2011, for no more than two days, to be present at the birth of her second grandchild. Although her grandchild is due on December 27, 2011, Ms. Araiza may travel to the hospital on any date during which her daughter-in-law goes into labor.

    In addition, it is hereby stipulated that Ms. Araiza may travel from her current residence to stay at the home of her son and daughter-in-law in Marina, California, to help care for the newborn, leaving on or after January 3rd, 2012 and returning no later than January 18, 2011.

    United States Pretrial Service Officer Anthony Granados

1  has advised Ms. Araiza's counsel that he does not oppose Ms.
2  Araiza's travel proposed by this stipulation.
3          It is further Ordered that Ms. Araiza shall communicate
4  with the supervising Pretrial Services Officer before and
5  immediately after her travels.  Ms. Araiza is further ordered to
6  provide Pretrial Services with a way to contact her during her
7  travels.
8          All other terms of Ms. Araiza'a initial pretrial release
9  shall remain in effect.
10
11         SO STIPULATED.
12
   December 19, 2011             /s/
13 Dated                          JOHN GLANG
                                  Assistant United States Attorney
14
15
   December 19, 2011             /s/
16 Dated                          PAUL DELANO WOLF
                                  Attorney for Defendant
17                                MARIA CELIA VARGAS ARAIZA
18
           SO ORDERED.
19
20 December 27, 2011             _____
   Dated                          HONORABLE PAUL S. GREWAL
21                                United States Magistrate Judge

STIPULATION FOR ORDER AND ORDER ALLOWING DEFENDANT TO TRAVEL        - 2 -